UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/6/16_

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* MICHAEL J. FISHER, and MICHAEL FISHER individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>J.P. MORGAN CHASE BANK, N.A.,<br><br>    Defendant. | 13 Civ. 6920 (JPO)<br><br>UNDER SEAL<br><br>ORDER |

The United States of America (the "Government"), by its attorney, Preet Bharara, United

The United States (the "Government") having declined to intervene pursuant to the False Claims

Act, 31 U.S.C. § 3730(b)(4)(B), with respect to the claims raised in the Complaint filed by the

relator in the above-captioned action, and now having declined to change that determination as to

the claims raised in the First, Second and Third Amended Complaints filed by the relator in the

above-captioned action;

    IT IS ORDERED THAT:

    1.  The First Amended Complaint, Second Amended Complaint, and Third

Amended Complaint shall be unsealed thirty days after entry of this Order; and, in the event that

relator has not moved to dismiss this action, service upon defendant by the relator is authorized

as of that date.

    2.  Except for this Order, the First Amended Complaint, the Second

Amended Complaint, and the Third Amended Complaints, all documents filed in this action

between April 8, 2014 and the date of entry of this Order shall remain under seal.

3.    Pursuant to the Court's April 8, 2014 Order, all documents filed in this action prior to April 8, 2014, shall remain under seal except for the April 8, 2014 Order, the Government's Notice of Decision to Decline Intervention as to the Complaint, and the Complaint.

3.    Upon the unsealing of the First Amended Complaint, the Second Amended Complaint, and the Third Amended Complaint, the seal shall be lifted as to all matters occurring in this action subsequent to the date of this Order.

4.    The parties shall serve all pleadings and motions filed in this matter, including supporting memoranda, upon the Government.  The Government may order any transcripts of depositions.  The Government may seek to intervene with respect to the allegations in the relator's complaints, for good cause, at any time.

5.    All further orders of this Court in this matter shall be sent to the Government by relator.

6.    Should the relator or the defendant propose that the complaints or any of their allegations be dismissed, settled, or otherwise discontinued, or that the defendant be dismissed from the case, the moving party (or parties) must solicit the written consent of the Government before applying for Court approval.

Dated: March 22, 2016
      New York, New York

SO ORDERED:

_____
HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

2